IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ASIA PULP AND PAPER
    Plaintiff
  v.                                    Civil No AMD-00-2854

M/V CYBORG, ET AL
    Defendants

...o0o...

## SETTLEMENT ORDER
(Local Rule 111.1)

This Court, having been advised by counsel for the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any,

IT IS ORDERED that this action is hereby DISMISSED with each party to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties. The entry of this Order is without prejudice to the right of a party to move for good cause within One Hundred Twenty (120) days to reopen this action is settlement is not consummated. If no such motion is filed within 120 days, the dismissal of this action is with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, by United States mail, upon the attorneys of record for the parties appearing in this case.

Dated: May 22, 2001

*[signature]*
ANDRE M. DAVIS
United States District Judge

22